## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BANYAN RISK GROUP, LLC | CASE NUMBER |
| | CV 20-06273 DDP (SKx) |
| PLAINTIFF(S) | |
| v. | |
| SPOTLIGHT OPERATIONS, LLC, ET AL. | **ORDER RETURNING CASE FOR REASSIGNMENT** |
| DEFENDANT(S). | |

IT IS ORDERED that the above-entitled case is hereby returned to the Clerk for random reassignment pursuant to the provisions of General Order 19-03 .

August 10, 2020
Date

United States District Judge

---

### NOTICE TO COUNSEL FROM CLERK

This case has been reassigned to Judge  John A. Kronstadt  for all further proceedings. On all documents subsequently filed in this case, please substitute the initials  JAK  after the case number in place of the initials of the prior judge so that the case number will read  2:20-cv-6273 JAK(SKx) . This is very important because documents are routed to the assigned judge by means of the initials.

cc: ☐ Previous Judge   ☐ Statistics Clerk

CV-89  (03/19)                    ORDER RETURNING CASE  FOR REASSIGNMENT