UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No. 2:20-cv-06273-MCS-SK | Date November 30, 2020 |
| Title *Banyan Risk Grp., LLC v. Spotlight Operations, LLC* | |

Present: The Honorable    Mark C. Scarsi, United States District Judge

| Stephen Montes Kerr | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

Attorney(s) Present for Plaintiff(s):    Attorney(s) Present for Defendant(s):

None Present                                     None Present

**Proceedings:    (IN CHAMBERS) ORDER TO SHOW CAUSE**

On September 22, 2020, the Court issued an order requiring the parties to submit a Joint Rule 16(b)/26(f) Report by November 20, 2020. (ECF No. 17.) To date, no report has been filed.

The Court sets a Scheduling Conference for January 4, 2021, at 10:00 a.m. The parties are directed to comply with the concurrently filed Order Setting Scheduling Conference.

The parties are ordered to show cause in writing by no later than December 21, 2020, why sanctions should not be imposed for failure to comply with the Court's September 22 Order. In lieu of filing a response, the order to show cause will discharge upon the filing of a timely Rule 26(f) Report.

Failure to comply with this Order or the Order Setting Scheduling Conference may result in dismissal of this action for lack of prosecution or other sanctions without further notice.

**IT IS SO ORDERED.**