**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BANYAN RISK GROUP, LLC, a limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>SPOTLIGHT OPERATIONS LLC, a limited liability company, GENIUS FUND I, INC., a corporation, and GARY SHINDER a/k/a IGOR SHINDER, an individual,<br><br>Defendants. | Case No. 2:20-cv-06273-MCS-SK<br><br>JUDGMENT |

The Court, having reviewed the Stipulation for Judgment executed by Plaintiff Banyan Risk Group, LLC and Defendants Spotlight Operations LLC and Genius Fund I, Inc., and their respective counsel, on or around November 15, 2021, finds good cause for the entry of a judgment pursuant to said stipulation.

IT IS HEREBY ORDERED THAT THE JUDGMENT IS ENTERED AS FOLLOWS:

1. Judgment in the amount of $97,636.29 shall be entered in favor of Banyan Risk Group, LLC and against Spotlight Operations LLC and Genius Fund I,

1 | Inc. Said Judgment shall be entered jointly and severally against both entities.

2. Each of the Parties to this action agrees to bear its own costs and attorneys' fees, with the exception that Banyan shall be entitled to recover all of its reasonable attorneys' fees and related costs incurred in enforcing the Judgment.

3. The Judgment shall become final for all purposes upon entry, and the Parties waive any right of appeal or to seek review of this Judgment by a higher court.

**IT IS SO ORDERED.**

Dated: November 30, 2021

*Mark C. Scarsi*

MARK C. SCARSI
UNITED STATES DISTRICT JUDGE